UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIE B. HAINLINE,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant,<br><br>    v.<br><br>SSAOGC,<br><br>            Interested Party. | Case No. 10-cv-395-JPG |

## **JUDGMENT**

This matter having come before the Court, and the parties having stipulated to reversal and remand,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the final agency decision of Defendant Commissioner of Social Security is reversed, and this case is remanded to the Commissioner for further proceedings and a new decision.

                                                            **NANCY ROSENSTENGEL**

**Date: January 28, 2011**                                **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT
                DISTRICT JUDGE**